UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21429-KMW

**OSCAR HERRERA**,

    Plaintiff,

vs.

**CHRISTOFLE SILVER INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendant CHRISTOFLE SILVER INC., through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them with twenty (20) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

Dated: June 5, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**ROBYN S. HANKINS, P.L.**
Counsel for Defendant
4600 Military Trail, Suite 217
Jupiter, FL 33458
T. 561/721-3890
Email:  Robyn@Hankins-Law.com


By _____*Robyn S. Hankins*_____
        Robyn S. Hankins
        Fla. Bar No. 0008699

    and

**MOSS BYRNES PLLC**
Co-counsel for Defendant
187 Hollow Road
Staatsburg NY 12580
T. 212/242-6152
Email:  andrea@mossbyrnes.com

By __*Andrea Moss, Esq.*_____
        Andrea Moss
        (*pro hac vice*)