**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-21429-CV-WILLIAMS**

OSCAR HERRERA,

    Plaintiff,

v.

CHRISTOFLE SILVER INC.,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE**
**AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court on the Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice (DE 23) ("***Joint Motion***"). The Court has carefully considered the Joint Motion and the consent decree attached to the Joint Motion as Exhibit A (DE 23-1) ("***Consent Decree***"). Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Motion (DE 23) is **GRANTED** as follows:

1. The Court has jurisdiction over the Action under 28 U.S.C. § 1331 and 42 U.S.C. § 12188.

2. The provisions of the Consent Decree shall be binding upon the Parties.

3. The Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant.

4. The Court shall retain jurisdiction over this matter for 36 months from the entry of this Order to enforce the Consent Decree.

5. The Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

6. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>18th</u> day of July, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE